No. 88-7252.  OLIVER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 88-7254.  MORALES v. PAN AMERICAN WORLD AIRWAYS, INC.  C. A. 5th Cir.  Certiorari denied.

No. 88-7257.  BREEST v. CUNNINGHAM, WARDEN.  C. A. 1st Cir.  Certiorari denied.

No. 88-7259.  COCHRAN v. BUTTS ET AL.  C. A. 8th Cir. Certiorari denied.

No. 88-7261.  LECHIARA v. GASKINS ET AL.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 88-7262.  HOLMES v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 88-7263.  DEMOS v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON.  C. A. 9th Cir.  Certiorari denied.

No. 88-7266.  GARCIA-PATRON ET AL. v. UNITED STATES; and
No. 88-7442.  TAYLOR-WALTON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  Reported below: 872 F. 2d 367.

No. 88-7271.  SAVERS v. BAKER, SECRETARY OF STATE, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 88-7274.  ALSTON v. EDWARDS.  C. A. 3d Cir.  Certiorari denied.

No. 88-7276.  ZATKO v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 88-7277.  WELCH v. OKLAHOMA ET AL.  C. A. 10th Cir. Certiorari denied.

No. 88-7278.  DEVINE v. HERALD-MAIL CO.  Ct. Sp. App. Md.  Certiorari denied.

No. 88-7279.  FIELDS v. DANAHY ET AL.  C. A. 11th Cir. Certiorari denied.

No. 88-7282.  WARMSLEY v. TEXAS.  Ct. App. Tex., 11th Dist.  Certiorari denied.